IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS MONROE, JR. and ALVINIA MONROE,<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE; and GLAXOSMITHKLINE LLC,<br><br>Defendants. | Civil Action No. 2:10-cv-02140-JCJ |

### DEFENDANT GLAXOSMITHKLINE LLC'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND

Defendant GlaxoSmithKline LLC ("GSK LLC"), by and through its undersigned counsel, files this Response in Opposition to Plaintiff's Motion to Remand and Memorandum in Support ("Motion to Remand").

As part of its opposition to Plaintiff's Motion to Remand, GSK LLC submits the following attached exhibits which are incorporated herein: Declaration of Julian Heslop (Exhibit A); Delaware Department of State: Division of Corporations Entity Details for GlaxoSmithKline Holdings (Americas) Inc. (Exhibit B); and Excerpts from SmithKline Beecham Corporation's Articles of Dissolution (Exhibit C). GSK LLC also relies upon and incorporates herein its Memorandum in Opposition to Plaintiff's Motion to Remand. For the reasons more fully

discussed in GSK LLC's Memorandum in Opposition, GSK LLC's removal of this action to this court was proper. Accordingly, Plaintiff's Motion to Remand should be denied.

Respectfully submitted,

/s/ Ellen Rosen Rogoff
Ellen Rosen Rogoff
Daniel T. Fitch
Leslie M. Greenspan
Pa. Attorney Nos. 43468, 53717, 91639
STRADLEY, RONON, STEVENS & YOUNG, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7098
(215) 564-8000

Brian P. Johnson
JOHNSON, TRENT, WEST & TAYLOR, L.L.P.
919 Milam Street, Suite 1700
Houston, TX 77002
(713) 222-2323
*Admitted Pro Hac Vice*

Madeleine McDonough
SHOOK, HARDY & BACON L.L.P.
1155 F Street, NW, Suite 200
Washington, D.C. 20004-1305
(202) 639-5600
*Admitted Pro Hac Vice*

Attorneys for Defendant, GlaxoSmithKline LLC

Dated: June 25, 2010

Of Counsel:

Timothy A. Thelen, Esquire
Assistant General Counsel
GlaxoSmithKline LLC
5 Moore Drive
Research Triangle Park, NC 27709

## **CERTIFICATE OF SERVICE**

I, Ellen Rosen Rogoff, Esquire, hereby certify that on June 25, 2010, I caused a true and correct copy of the foregoing Defendant GlaxoSmithKline LLC's Response In Opposition to Plaintiff's Motion to Remand (with Exhibits A-C) to be filed with the Court via the Electronic Court Filing system. The document is available for review and downloading on the Electronic Court Filing system and such electronic filing automatically generates a Notice of Electronic Filing constituting service of the filed document on all counsel of record identified on the docket and listed below:

> Lee B. Balefsky, Esquire
> Michelle Tiger, Esquire
> KLINE & SPECTER, P.C.
> 1525 Locust Street, 19th Floor
> Philadelphia, PA  19102
>
> Justin G. Witkin, Esquire
> AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
> 803 North Palafox Street
> Pensacola, FL  32564
>
> *Attorneys for Plaintiff*

/s/ Ellen Rosen Rogoff
Ellen Rosen Rogoff